ALBERT F. REITEMEYER and JULIA A. REITEMEYER, his wife, complainants-respondents,

*v.*

NICHOLAS MARCALUS and MILDRED M. MARCALUS, his wife, defendants-appellants.

[Argued May 22d, 1945. Decided September 27th, 1945.]

*Messrs. Koestler & Koestler (Mr. Samuel Koestler,* of counsel), for the complainants-respondents.

*Messrs. Wall, Haight, Carey & Hartpence (Mr. John A. Hartpence* and *Mr. William W. Shaw,* of counsel), for the defendants-appellants.

PER CURIAM.

The appellants, husband and wife, appeal from a decree of the Court of Chancery ordering them specifically to perform a contract to sell real estate.

It appears from an examination of the state of case on this appeal and the motion papers heretofore filed in this court that the question is moot. The appeal is dismissed, with costs.

*For modification*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, WELLS, RAFFERTY, DILL, FREUND, JJ. 12.